IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0450

_____

360 RECLAIM, LLC, a Montana limited liability
company,

      Plaintiff and Appellee,

      v.

WILLIAM M. RUSSELL, an individual,
and MOUNTAIN VIEW INVESTMENTS,
L.C., an Idaho limited liability company,

      Defendants and Appellants.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to William M. Russell, to all counsel of record, and to the Honorable Robert B. Allison, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 4 2020